IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HANCOCK BANK, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:18-cv-00179-JB-C |
| ALEXANDER PASTORE, *et al.*, | : |
| Defendants. | : |

## **ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 17, 2018, is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of October, 2018.

                       **s/JEFFREY U. BEAVERSTOCK**
                       **UNITED STATES DISTRICT JUDGE**