IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HANCOCK BANK, :

    Plaintiff, :

vs. : Civil Action No. 1:18-cv-00179-JB-C

ALEXANDER PASTORE, *et al.*, :

    Defendants. :

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff Hancock Bank's Motion for Default Judgment, (Doc. 8), is **GRANTED IN PART** as to its claims for general damages, pre-judgment interest, and post-judgment interest and default judgment is **ENTERED** in favor of Plaintiff Hancock Bank and against Defendants Alexander Pastore, Tricia M. Pastore, and Amicus Mortgage Group, Inc., in the amount of $180,661.96 (Loan 1 26,275.04; Loan 2 $15,480.34), which consists of a principal balance of $129,685.88, accrued interest of $21,713.57 (L1 $6,233.23; L2 $15,480.34), late fees of $9,025.00, appraisal fees of $5,500.00, and an environmental fee of $1,600.00**.** Plaintiff's Motion for Default Judgment, (Doc. 8), is **HELD IN ABEYANCE** as to its claim for attorney's fees pending supplementation in regard to the criteria set forth in *Peebles v. Miley*, 439 So. 2d 137 (Ala. 1983), to determine the reasonableness of the requested fees.

**DONE** this 2nd day of October, 2018.

        <u>**s/JEFFREY U. BEAVERSTOCK**</u>
        **UNITED STATES DISTRICT JUDGE**