IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

HANCOCK BANK, )
)
    **Plaintiff,** )
)
vs. ) Case No. CV-18-179
)
ALEXANDER PASTORE )
INDIVIDUALLY AND AS )
DIRECTOR OF AMICUS )
MORTGAGE GROUP, INC., )
TRICIA M. PASTORE, )
INDIVIDUALLY AND AMICUS )
MORTGAGE GROUP, INC., )
)
    **Defendants.** )

## ORDER AND JUDGMENT

This matter is before the Court on the Plaintiff, Hancock Bank's ("Hancock"), Motion for Entry of Default Judgment and the Supplemental Report and Recommendation (Doc. 14). The Court has already adopted as its order the initial Report and Recommendation (Doc. 10). Having reviewed all material parts of the file and the Supplemental Report and Recommendation, and there having been no objections filed, the Supplemental Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

The Motion for Entry of Default Judgment is GRANTED.

This Court has jurisdiction and the authority to, and hereby does enter a final order and judgment as follows.

Under Count One the Plaintiff, Hancock, is awarded a judgment against the Defendants, Alexander Pastore, Individually and as Director of Amicus Mortgage Group, Inc., Tricia M. Pastore, Individually and Amicus Mortgage Group, Inc. in the total

amount of $13,200.64 (interest $6,290.61, late fees $2510.03, appraisal fee $2,800 and Environmental fee $1,600).

Under Count Two the Plaintiff, Hancock, is awarded a judgment against the Defendants, Alexander Pastore, Individually and as Director of Amicus Mortgage Group, Inc., Tricia M. Pastore, Individually and Amicus Mortgage Group, Inc. in the total amount of $156,332.11 (principal ($129,685.88, interest $17,425.52, late fees $6,520.71 and appraisal fee $2,700).

Further, the Plaintiff is AWARDED a judgment against the Defendants, Alexander Pastore, Individually and as Director of Amicus Mortgage Group, Inc., Tricia M. Pastore, Individually and Amicus Mortgage Group, Inc., for attorney's fees ($10,3612.50) and costs associated with the collection of said funds ($9,220.90) in the amount of $19,582.40.

THEREFORE, it is ORDERED that Plaintiff Hancock has a total judgment against the Defendants Alexander Pastore, Individually and as Director of Amicus Mortgage Group, Inc., Tricia M. Pastore, Individually, and Amicus Mortgage Group, in the amount of $189,115.15, plus post-judgment interest at the statutory rate and costs of court.

**DONE and ORDERED** this 15th day of November, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE